UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20028-CIV-LENARD/WHITE

**TATIANA MARCEL,**

        Plaintiff,

vs.

**METRO-DADE POLICE
DEPARTMENT, et al.,**

        Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 8), DISMISSING WITHOUT PREJUDICE PLANTIFF TATIANA MARCEL'S CIVIL RIGHTS COMPLAINT AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (D.E. 3)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge William C. Turnoff ("Report," D.E. 8), issued on June 8, 2010. Plaintiff Tatiana Marcel ("Plaintiff") filed a letter in response to the Report on July 14, 2010 (D.E. 9). After a *de novo* review of the Report, Plaintiff's letter and the record, the Court finds as follows.

The Report recommends that Defendant Metro-Dade Police Department, now called Miami-Dade Police Department, be dismissed from this action as it does not have the capacity to be sued. (Report at 6, citing *Eddy v. City of Miami*, 715 F. Supp. 1553, 1556 (S.D. Fla. 1989).) The Report also recommend that the claims against the individual officer defendants be dismissed without prejudice for failure to state a claim. (*Id*. at 7.) The Report finds the information provided in support of Plaintiff's Petition to Proceed *in forma pauperis* ("Petition," D.E. 3) to be insufficient and recommends denial of the Petition without

prejudice. Finally the Report recommends Plaintiff be granted leave to amend her Complaint and Petition. (*Id.* at 7.)

In her letter response to the Report, Plaintiff attempts to amend both the Complaint and the Petition, detailing additional allegations against defendants and her finances. (Letter at 2.) She does not appear to object to the findings and recommendations of the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendations of the Magistrate Judge (D.E. 8), issued on June 28, 2010, is **ADOPTED**.
2. Defendant Metro-Dade Police Department is **DISMISSED** from this action.
3. All claims against individual defendant officers are **DISMISSED** without prejudice.
4. Plaintiff's Petition to Proceed *in forma pauperis* (D.E. 3), filed on January 6, 2010, is **DENIED** without prejudice.
5. Plaintiff shall file her Amended Complaint within thirty (30) days of the date of this Order. Failure to file the Amended Complaint within this period shall result in the dismissal of this action.
6. Following the filing of her Amended Complaint, Plaintiff may file an Amended Petition to Proceed *in forma pauperis* pursuant to the findings made

in the Report.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of February, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**